**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**EDDIE JOHNSON**

**Plaintiff,**

**v.** **Case No. 1:26cv16-MCR-HTC**

**CODY TAPANES, et al.,**

**Defendants.**

______________________________/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated April 3, 2026 (ECF No. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this Order.

2. Plaintiff Johnson's complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for Johnson's failure to prosecute and failure to comply with Court orders.

3. The clerk shall close the file.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**